ORIGINAL

DISTRICT OF NEVADA
RECEIVED
DEC 2 3 2005
CLERK, U.S. DISTRICT COURT

DON NOMURA, ESQ.
Nevada State Bar No. 2228
LAXALT & NOMURA, LTD
9600 Gateway Drive
Reno, NV 89521
Phone: 775-322-1170
Fax:    775-322-1865
*Attorneys for Defendant*
  *Victor G. Drakulich, Esq.*

# UNITED STATE DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GARY J. WILEY and LINDA P. WILEY, ) | Case No. CV-N-05-0579-ECR-RAM |
| ) | |
| Plaintiffs, ) | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION/INITIAL PLEADING** |
| ) | |
| vs. ) | |
| ) | (First Request) |
| VICTOR G. DRAKULICH, ESQ., ) | |
| ) | |
| Defendant. ) | |

The undersigned parties, by and through their respective counsel, hereby stipulate to a 30-day extension of time to and including **January 10, 2006,** for the above-named Defendant VICTOR G. DRAKULICH, ESQ., to respond to the Complaint in the above-captioned matter. This is the first request for an extension.

///

///

///

///

///

///

Page 1 of 2

Defendant represents that good cause exists for this extension – there have been no prior extensions and additional time is needed to assess the case.

Dated this 22nd day of December, 2005.                Dated this 22nd day of December, 2005.

BROOKSBANK & ASSOCIATES                         LAXALT & NOMURA, LTD.

_____                 _____
Thomas R. Brooksbank, Esq.                                  DON NOMURA, ESQ.
P. O. Box 3479                                              9600 Gateway Drive
225 S. Arlington Avenue, Suite 1                            Reno, Nevada 89521
Reno, Nevada 89501                                          Phone: 775-322-1170
Phone: 775-329-5114                                         Fax:     775-322-1895
Fax:     775-329-5481                                       **Attorneys for Defendant**
**Attorneys for Plaintiffs**                                **Victor G. Drakulich, Esq.**
**Gary and Linda Wiley**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of December, 2005.

Page 2 of 2